11-17-261-CR

Dear 11th Court of Appeals,

My name is Juan Sucatero out of Midland County. I am serving a 99 year sentence for murder. I was writing this letter to find out the status of my appeal. I have been appointed an appeals lawyer his name is Duke Garrett his phone number is 432-535-0389 Any information would be of great value

Thank You
Juan Carlos Sucatero

FILED
IN COURT OF APPEALS
ELEVENTH DISTRICT

MAR - 5 2018

SHERRY WILLIAMSON, CLERK
By_____ Deputy

NORTH TEXAS TX P&DC
DALLAS TX 750
02 MAR 2018 PM 10 1

7644B90281 B002

Juan Carlos Avadeno-2451191
2664 FM 2054
Tennessee Colony, Tx
75886

11th Court of Appeals
P.O. Box 271
Eastland Tx
76448

FILED
IN COURT OF APPEALS
ELEVENTH DISTRICT

MAR - 5 2018

SHERRY WILLIAMSON, CLERK
By_____ Dep



## Court of Appeals
### Eleventh District of Texas

100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448

February 26, 2018

**VACANT**
CHIEF JUSTICE

**MIKE WILLSON**
JUSTICE

**JOHN M. BAILEY**
JUSTICE

**SHERRY WILLIAMSON**
CLERK

TELE: 254/629-2638
FAX: 254/629-2191
sherry.williamson@txcourts.gov
www.txcourts.gov/11thcoa

Laura Nodolf, District Attorney
District Attorney's Office
500 North Loraine Street, Suite 200
Midland, TX 79701
* DELIVERED VIA E-MAIL *

Eric Kalenak, Assistant
District Attorney's Office
500 North Loraine Street, Suite 200
Midland, TX 79701
* DELIVERED VIA E-MAIL *

Luke Garrett
214 W. Texas Ave., Suite 900
Midland, TX 79701
* DELIVERED VIA E-MAIL *

Juan Carlos Lucatero
#02151191
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

**RE:** Appellate Case Number: 11-17-00261-CR
Trial Court Case Number: CR47844
**Style:** Juan Carlos Lucatero v. The State of Texas

We have this day received and filed Appellant's frivolous appeal brief in the above cause.

We have this same date received and filed Appellant's counsel's motion to withdraw. We will advise you of the Court's action on this motion.

APPELLANT'S PRO SE RESPONSE, IF HE CHOOSES TO FILE ONE, IS DUE IN THIS COURT ON OR BEFORE **March 28, 2018**.

Respectfully yours,

*Sherry Williamson*

Sherry Williamson, Clerk

(DELIVERED VIA E-MAIL)



# USPS Tracking®

FAQs ❯ (http://faq.usps.com/?articleId=220900)

## Track Another Package ＋

Remove ✕

**Tracking Number:** 70160910000118684008

The item is currently in transit to the next facility as of March 2, 2018.

## In-Transit

March 2, 2018 at 12:50 pm
In Transit to Next Facility

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**March 2, 2018, 12:50 pm**
In Transit to Next Facility
The item is currently in transit to the next facility as of March 2, 2018.

**March 1, 2018, 12:50 pm**
In Transit to Next Facility

**February 28, 2018, 12:50 pm**
In Transit to Next Facility

**How can I help you?**

**February 27, 2018, 5:50 am**
Departed USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

**February 26, 2018, 11:40 pm**
Arrived at USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

---

**Product Information** ∨

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**How can I help you?**